**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7509

KELVIN J. MILES,

                    Petitioner - Appellant,

          v.

WARDEN of FCI ESTILL,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.   R. Bryan Harwell, District Judge.  (2:13-cv-00721-RBH)

Submitted:  February 25, 2015      Decided:  March 10, 2015

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin J. Miles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin J. Miles appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Miles v. Warden</u>, No. 2:13-cv-00721-RBH (D.S.C. Aug. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>